**Order entered February 4, 2015.**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01019-CV

### FEYSAL AYATI-GHAFFARI AND IRANA HAGNAZARI, Appellants

### V.

### HAZAWIPERI JACKIE GUMBODETE AND JOSE ANAYA, Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04867-2012**

## ORDER

Appellants' January 21, 2015, motion to require appellees to re-brief is **DENIED**. Our records show this case is at issue and will be set for submission in due course.

/s/    CRAIG STODDART
        JUSTICE